SPC
F.#2006R00097

# UNITED STATES DISTRICT COURT

___EASTERN___ DISTRICT OF ___NEW YORK___

UNITED STATES OF AMERICA

v.

ZVI ROSENTHAL,

        Defendant.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 08 2007 ★
BROOKLYN OFFICE

WAIVER OF INDICTMENT

CASE NUMBER: 07 CR 069 (JG)

I, __ZVI ROSENTHAL__, the above named defendant, who is accused of

Conspiracy to Commit Securities Fraud (Insider Trading) in violation of Title 18, United States Code, Section 371.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on February 8, 2007, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Zvi Rosenthal
Defendant

_____
Counsel for Defendant

Before ___s/John Gleeson___
      Judicial Officer

2-8-07