FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ APR 24 2012 ★

Zvi Rosenthal
98 Walnut Drive
Tenafly, NJ 07670



BROOKLYN OFFICE

RECEIVED

APR 23 2012

CHAMBERS OF JUDGE GLEESON

Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<u>Via Fax (718) 613-2456</u>

April 23, 2012

### Re: <u>Foreign Travel Request, Zvi Rosenthal (07 CR 69)</u>

Dear Judge Gleeson,

I write to request permission to travel to Israel for approximately 2 weeks to visit my sister, age 73, who is currently hospitalized. My sister had surgery several weeks ago, and since then has had a complicated recovery leading to the most recent hospitalization.

I have been on supervised release since January 27, 2012 (USA v. Zvi Rosenthal, 07-CR-69). I have been in compliance with all supervision conditions imposed on me by the Court, including full payment of all monetary obligations.

I also request permission to recover my US and Israeli passports from the Court (they were both handed over to pretrial services upon entry of my guilty plea) for the duration of my stay in Israel.

I have asked my probation officer for permission to travel and he suggested I write the Court directly to receive a quicker response. I appreciate Your Honors consideration of my request.

Sincerely,

*Z. Rosenthl*

Zvi Rosenthal

Cc: Kevin Egli, USPO (via email)